IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

BOARD OF TRUSTEES, NATIONAL )
STABILIZATION AGREEMENT OF )
THE SHEET METAL INDUSTRY )
TRUST FUND, et al. )
)
    Plaintiffs, )
)
v. ) 1:09cv1304 (LMB/JFA)
)
J&R INSTALLATIONS, INC. )
et al. )
)
    Defendants. )

ORDER

On April 20, 2010, a magistrate judge issued a Report and Recommendation ("Report"), in which he recommended that a default judgment in the amount of $27,683.73 including attorneys' fees and costs, as well as specific injunctive relief requested in the Amended Complaint, be awarded to plaintiffs against only the corporate defendant, J&R Installations, Inc.. The parties were advised that any objections to the Report had to be filed within fourteen days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of May 19, 2010, no objections have been filed.

Having fully reviewed the Report, case file, and plaintiffs' Motion for Judgment by Default by the Court Pursuant to Federal Rule of Civil Procedure 55(b)(2) with its attachments, we find

that the Report accurately states the relevant facts and law. Therefore, we adopt the findings and conclusions of the Report and for the reasons stated therein, it is hereby

ORDERED that the plaintiffs' Motion for Entry of Default Judgment be and is GRANTED as to defendant J&R Installations, Inc. only, and the plaintiffs' proposed Order and Judgment by Default will be entered as to defendant J&R Installations, Inc. only, and it is further

ORDERED that the complaint against Rachel Boles be and is DISMISSED.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Order and Judgment by Default, to counsel of record for plaintiffs and to defendants at the addresses listed in the case file.

Entered this 20th day of May, 2010.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia